# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES MILLER

NO. 2021 KW 0360

**JUNE 7, 2021**

---

In Re:     James Miller, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           585,796.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

> **VGW**
> **JEW**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT